JANUARY 26, 1961

**Reap. Dec. 9908.**—Bernhard Altmann Vienna, Inc., and Hensel, Bruckmann & Lorbacher, Inc. *v.* United States, reappraisement R59/13697, etc.— Entered at New York, N.Y. Reap. Dec. 9795. Motion by plaintiffs.